JAMES GOODMAN ET AL., APPELLANTS, v. FRANK H. EGGERS, JUDGE, ETC., RESPONDENT.

Submitted February 16, 1934—Decided May 4, 1934.

For the appellants, *Raskin & Hornstein*.

For the respondent, *James A. Hamill*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, HEHER, VAN BUSKIRK, HETFIELD, DEAR, DILL, JJ. 8.

*For reversal*—PARKER, LLOYD, PERSKIE, KAYS, WELLS, JJ. 5.